**DENISE EATON MAY (SBN 116780)**
LAW OFFICES OF DENISE EATON-MAY
1290 B Street, Suite 120
Hayward CA 94541
Tel.: 510.888.1345
Fax: 510.315.3015

Attorney for Plaintiff
CLARENCE TRAYWICK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE TRAYWICK,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY SUPERIOR COURT, PAT SWEETEN, in her official capacity, LYNETTE NORCUP, in her official capacity, JOHN REYMUNDO, in his official capacity, SHEILA TOLBERT, in her official capacity, and DOES 1 to 10,<br><br>    Defendants. | Case No.: C12-02077 TEH<br><br>STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF'S COUNSEL TO TELEPHONICALLY APPEAR AT THE INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date: 9/24/12<br>Time: 1:30pm<br>Courtroom: 12<br>Judge: Hon. Thelton E. Henderson |

IT IS HEREBY STIPULATED by and between Plaintiff CLARENCE TRAYWICK and Defendants ALAMEDA COUNTY SUPERIOR COURT, et al. (together, "the Parties"), by and through their respective counsel, as follows:

WHEREAS, the Parties hereby agree to allow Denise Eaton May, Esq., counsel for Plaintiff, to telephonically appear at the initial case management conference currently scheduled for September 24, 2012 at 1:30pm in Courtroom 12, on grounds that Plaintiff's counsel will be at a mediation in Walnut Creek on September 24, 2012, and as a result, will be unable to physically

1 | appear in Courtroom 12 on September 24, 2012 at 1:30pm.

2 |     NOW, THEREFORE, all Parties to this action stipulate and respectfully request that:

3 |     Denise Eaton May, Esq., counsel for Plaintiff, be allowed to telephonically appear at the

4 | initial case management conference currently scheduled for September 24, 2012 at 1:30pm in

5 | Courtroom 12.

6 | DATED: September 14, 2012          LAW OFFICES OF DENISE EATON-MAY

8 |                             By:   /s/ Denise Eaton May
9 |                                 DENISE EATON-MAY, ESQ.
                                Attorney for Plaintiff
10 |                                CLARENCE TRAYWICK

12 | DATED: 9/14/12          FOSTER EMPLOYMENT LAW

14 |                             By:   [signature] for Michael Foster
15 |                                 Michael Foster
                                Attorney for Defendants ALAMEDA COUNTY
16 |                              SUPERIOR COURT, et al.

18 | Pursuant to the parties stipulation **IT IS ORDERED THAT:**

19 |     Denise Eaton May, Esq., counsel for Plaintiff, may telephonically appear at the initial case

20 | management conference currently scheduled for September 24, 2012 at 1:30pm in Courtroom 12.

22 | Dated: 09/17/2012

23 |                                HONORABLE THELTON E. HENDERSON
24 |                                JUDGE OF THE DISTRICT COURT