1  **DENISE EATON MAY (SBN 116780)**
   LAW OFFICES OF DENISE EATON-MAY
2  1290 B Street, Suite 120
   Hayward CA 94541
3  Tel.:   510.888.1345
   Fax:   510.315.3015
4
   Attorney for Plaintiff
5  CLARENCE TRAYWICK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE TRAYWICK, <br><br> Plaintiff, <br><br> v. <br><br> ALAMEDA COUNTY SUPERIOR COURT, PAT SWEETEN, in her official capacity, LYNETTE NORCUP, in her official capacity, JOHN REYMUNDO, in his official capacity, SHEILA TOLBERT, in her official capacity, and DOES 1 to 10, <br><br> Defendants. | Case No.: C12-02077 TEH <br><br> STIPULATION AND [~~PROPOSED~~] ORDER ALLOWING PLAINTIFF'S COUNSEL TO TELEPHONICALLY APPEAR AT THE INITIAL CASE MANAGEMENT CONFERENCE <br><br> Date: 9/24/12 <br> Time: 1:30pm <br> Courtroom: 12 <br> Judge: Hon. Thelton E. Henderson |

IT IS HEREBY STIPULATED by and between Plaintiff CLARENCE TRAYWICK and Defendants ALAMEDA COUNTY SUPERIOR COURT, et al. (together, "the Parties"), by and through their respective counsel, as follows:

WHEREAS, the Parties hereby agree to allow Denise Eaton May, Esq., counsel for Plaintiff, to telephonically appear at the initial case management conference currently scheduled for September 24, 2012 at 1:30pm in Courtroom 12, on grounds that Plaintiff's counsel will be at a mediation in Walnut Creek on September 24, 2012, and as a result, will be unable to physically

1  appear in Courtroom 12 on September 24, 2012 at 1:30pm.
2         NOW, THEREFORE, all Parties to this action stipulate and respectfully request that:
3         Denise Eaton May, Esq., counsel for Plaintiff, be allowed to telephonically appear at the
4  initial case management conference currently scheduled for September 24, 2012 at 1:30pm in
5  Courtroom 12.
6  DATED: September 14, 2012                    LAW OFFICES OF DENISE EATON-MAY

8                                      By:    /s/ Denise Eaton May
9                                             DENISE EATON-MAY, ESQ.
                                               Attorney for Plaintiff
10                                             CLARENCE TRAYWICK

12  DATED: 9/14/12                              FOSTER EMPLOYMENT LAW

14                                      By:    _____
                                               Michael Foster
15                                             Attorney for Defendants ALAMEDA COUNTY
                                               SUPERIOR COURT, et al.

17
18  Pursuant to the parties stipulation **IT IS ORDERED THAT:**
19         Denise Eaton May, Esq., counsel for Plaintiff, may telephonically appear at the initial case
20  management conference currently scheduled for September 24, 2012 at 1:30pm in Courtroom 12.

21
22  Dated: 09/17/2012                            _____
23                                               HONORABLE THELTON E. HENDERSON
24                                               JUDGE OF THE UNITED STATES DISTRICT COURT