MICHAEL W. FOSTER (State Bar No. 127691)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, CA 94610
Telephone: (510) 763-1900
Facsimile: (510) 763-5952

Attorneys for Defendants
SUPERIOR COURT OF ALAMEDA COUNTY, PAT SWEETEN,
LYNETTE NORCUP, JOHN REYMUNDO & SHEILA TOLBERT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CLARENCE TRAYWICK,<br><br>　　　　Plaintiff,<br>　　vs.<br>ALAMEDA COUNTY SUPERIOR COURT, PAT SWEETEN, in her official capacity, LYNETTE NORCUP, in her official capacity, JOHN REYMUNDO, in his official capacity, SHEILA TOLBERT, in her official capacity, and DOES 1 to 10,<br><br>　　　　Defendants. | Case No. 3:12-CV-02077 TEH<br><br>Case Filed: March 21, 2012<br><br>**STIPULATION OF DISMISSAL** |

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed, with prejudice,
3  pursuant to FRCP 41(a)(1), each party to bear his/its own attorneys' fees and costs.
4  IT IS SO STIPULATED.

Dated: May 15, 2013         FOSTER EMPLOYMENT LAW

                            By: _____
                            Jill A Sprague for MICHAEL W. FOSTER
                            Attorneys for Defendants
                            SUPERIOR COURT OF ALAMEDA COUNTY,
                            PAT SWEETEN, LYNETTE NORCUP,
                            JOHN REYMUNDO & SHEILA TOLBERT

Dated: May 14, 2013         LAW OFFICES OF DENISE EATON MAY

                            By: _____
                            DENISE EATON MAY
                            Attorneys for Plaintiff
                            CLARENCE TRAYWICK

IT IS SO ORDERED.

This 15 day of May, 2013.

_____
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]

TRAYWICK V. ALAMEDA COUNTY SUPERIOR COURT         STIPULATION OF DISMISSAL
CASE NO. 3:12-CV-02077 TEH                                           1

FOSTERemploymentlaw
3000 Lakeshore Avenue
Oakland, California 94610