MICHAEL W. FOSTER (State Bar No. 127691)
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, CA 94610
Telephone: (510) 763-1900
Facsimile: (510) 763-5952

Attorneys for Defendants
SUPERIOR COURT OF ALAMEDA COUNTY, PAT SWEETEN,
LYNETTE NORCUP, JOHN REYMUNDO & SHEILA TOLBERT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CLARENCE TRAYWICK,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>ALAMEDA COUNTY SUPERIOR COURT, PAT SWEETEN, in her official capacity, LYNETTE NORCUP, in her official capacity, JOHN REYMUNDO, in his official capacity, SHEILA TOLBERT, in her official capacity, and DOES 1 to 10,<br><br>　　　　Defendants. | Case No. 3:12-CV-02077 TEH<br><br>Case Filed: March 21, 2012<br><br>**STIPULATION OF DISMISSAL** |

TRAYWICK V. ALAMEDA COUNTY SUPERIOR COURT　　　　　　STIPULATION OF DISMISSAL
CASE NO. 3:12-CV-02077 TEH

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed, with prejudice, pursuant to FRCP 41(a)(1), each party to bear his/its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: May 15, 2013

FOSTER EMPLOYMENT LAW

By: _____
Jill A Sprague for MICHAEL W. FOSTER
Attorneys for Defendants
SUPERIOR COURT OF ALAMEDA COUNTY,
PAT SWEETEN, LYNETTE NORCUP,
JOHN REYMUNDO & SHEILA TOLBERT

Dated: May 14, 2013

LAW OFFICES OF DENISE EATON MAY

By: _____
DENISE EATON MAY
Attorneys for Plaintiff
CLARENCE TRAYWICK

IT IS SO ORDERED.

This 15 day of May, 2013.

_____
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

Judge Thelton E. Henderson

TRAYWICK V. ALAMEDA COUNTY SUPERIOR COURT          STIPULATION OF DISMISSAL
CASE NO. 3:12-CV-02077 TEH

1